**Order entered October 15, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00863-CV

**EMERALD WACO INVESTMENTS, LTD., Appellant**

**V.**

**DAVID RANDOLPH PETREE, RPLS, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04276**

## ORDER

Before the Court is appellee's October 12, 2015 first unopposed motion for extension of time to file brief. We **GRANT** appellee's motion and **ORDER** the brief be filed no later than December 7, 2015.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE